UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 8:06-cr-472-T-17TGW

MIGUEL A. RENDON, a/k/a "Coco",

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853 and 21 U.S.C. § 853(n)(7), for the $27,930.00.

1.    On August 1, 2008, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture as to Specific Property and Forfeiture Money Judgment, forfeiting to the United States of America all right, title, and interest of defendant Miguel A. Rendon, in the $27,930.00. (Doc. 141).

2.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the subject property, on the official government website, www.forfeiture.gov, from December 8, 2008 through January 6, 2009. (Doc. 178). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons

Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

3. No persons or entities, other than the defendant Miguel A. Rendon, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the $27,930.00. No third party has filed a petition of ownership, and the time for filing such Petition has expired.

4. The Court finds that the $27,930.00 is the property of defendant Miguel A. Rendon.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $27,930.00 is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853 and 21 U.S.C. § 853(n)(7), for disposition according to law.

Clear title to the said $27,930.00 is now vested in the United States of America.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 9th day of June, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE